ADDISON C. JACKSON, Administrator, etc., Appellant, *v.* WILLIAM B. TUELL, Respondent.

(Argued January 18, 1881 ; decided January 25, 1881.)

THIS was a motion to dismiss appeal because of failure to file proper undertakings.

*A. B. Crane* for motion.

*G. S. P. Stillman* opposed.

*Per curiam mem.* for granting motion, unless appellant, within twenty days from service of copy order, perfects his appeal by the filing and service of a due and proper undertaking, pays $10 costs, in which event motion denied.

All concur.

Ordered accordingly.